ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JARROD ALLEN POUNDS,<br><br>Defendant. | CASE NO. 2:25-CR-00182-TLN<br>             2:25-CR-00186-TLN<br><br>STIPULATION TO CONTINUE ADMIT/DENY HEARING AND ORDER<br><br>DATE: December 11, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its attorney of record, Special Assistant United States Attorney NCHEKUBE ONYIMA, and defendant JARROD ALLEN POUNDS, both individually and by and through his counsel of record, CARYN WARREN, hereby stipulate that the admit/deny hearing currently scheduled for December 11, 2025, be vacated and the matter continued to January 22, 2026, at 9:30 a.m. The probation officer is working on providing additional discovery to the government to be turned over to defense counsel. The government expects to receive the discovery from the probation officer this week. Upon receipt, defense counsel will require time beyond December 11, 2025, to review the discovery with her client and discuss possible resolution.

IT IS SO STIPULATED.

Dated: December 1, 2025

ERIC GRANT
United States Attorney

/s/Nchekube Onyima
NCHEKUBE ONYIMA
Special Assistant United States Attorney

Dated: December 1, 2025

/s/ Caryn Warren
CARYN WARREN
Counsel for Defendant
JARROD ALLEN POUNDS

## ORDER

IT IS SO FOUND AND ORDERED this 1st day of December, 2025.

_____
Troy L. Nunley
Chief United States District Judge