ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>                    v.<br><br>JARROD ALLEN POUNDS,<br><br>                            Defendant. | CASE NOS.  2:25-CR-00186-TLN<br>                          2:25-CR-00182-TLN<br><br>STIPULATION TO CONTINUE ADMIT/DENY<br>HEARING AND ORDER<br><br>DATE: January 22, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Special Assistant United States Attorney, Nchekube Onyima, and defendant, Jarrod Allen Pounds, by and through defendant's counsel of record, Caryn Warren hereby stipulate as follows:

1.      By previous order, this matter was set for an admit/deny hearing on January 22, 2026.

2.      By this stipulation, the parties move to continue the admit/deny hearing until February 12, 2026 at 9:30 a.m.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      During the investigation of this case, probation located several electronic devices. The government has sought assistance from the FBI to review the items on the devices.  The FBI Special Agent assigned to this case has represented that his review should conclude by January 30, 2026.

STIPULATION TO CONTINUE ADMIT/DENY
HEARING

1

b)      The parties, therefore, require additional time to review the FBI Special Agent's determination.

c)      The parties agree that failure to grant the above-requested continuance would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO STIPULATED.

Dated:  January 14, 2026                                    ERIC GRANT
                                                                     United States Attorney


                                                                     /s/*Nchekube Onyima*
                                                                     NCHEKUBE ONYIMA
                                                                     Special Assistant United States Attorney


Dated:  January 14, 2026                                    /s/ *Caryn Warren*
                                                                     CARRYN WARREN
                                                                     Counsel for Defendant
                                                                     Jarrod Allen Pounds


**ORDER**

IT IS SO FOUND AND ORDERED this 14th day of January, 2026.


_____
Troy L. Nunley
Chief United States District Judge


STIPULATION TO CONTINUE ADMIT/DENY
HEARING

                                          2